UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRITTANY PETERSON,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | NO: 4:17-CV-5072-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the Parties' Stipulated Motion to Remand, ECF No. 13. The Court has reviewed the stipulation. The Court finds remand appropriate due to a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1332; 28 U.S.C. § 1447.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Remand, **ECF No. 13**, is **GRANTED**.

2. This matter is **REMANDED** to Franklin County Superior Court.

3. Each party shall bear its own attorney fees and costs with respect to the

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

removal and subsequent remand of this matter.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** November 3, 2017.

                                         *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                         United States District Judge